

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 14-00035 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| MOHAMED ADMED HASSAN ABDALLAH OMRAN | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that defendant's motion to represent himself, Doc. #11, is GRANTED and Mr. Blanchard is appointed as defendant's stand-by counsel.

The time during which this motion was pending is EXCLUDED from the speedy trial delays.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 29th day of May, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT