U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 15 2017

TONY R. MOORE, CLERK
BY: _____ MS _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 1:14-CR-00035-01 |
| VERSUS | CHIEF JUDGE DRELL |
| MOHAMED ADMED HASSAN ABDALLAH OMRAN | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Omran's motion for a writ of mandamus or a preliminary injunction (Doc. 136) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 14 day of February, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT